IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADRIAN LEON ELLIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-269 - JLF** |
| ) | |
| **VICTOR STONE,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

On July 2, 2004, this Court ordered the Illinois Department of Corrections to provide the United States Marshals Service with the last-known addresses of defendant VICTOR STONE. **See, Doc. 7**.

It does not appear that the IDOC has complied with this Order.  Therefore, the IDOC is ordered to show cause, on or before **November 9, 2005**, why the Director of the IDOC should not be held in contempt for failure to comply with this Court's order of July 2, 2004

**The Clerk of Court is directed to serve a copy of this Order and of Doc. 7 on the Director of the IDOC, Roger E. Walker, Jr., at 1301 Concordia Court, P.O. Box 19277, Springfield, Illinois 62794-9277.**

IT IS SO ORDERED.

DATE: October 20, 2005.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**