# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADRIAN LEON ELLIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | **NO. 03-269-CJP** |
| ) | |
| **DONALD SNYDER, JR., DOUGLAS A.** ) | |
| **CRAVENS, KAVIN ALDERMAN, A. LASTER,** ) | |
| **BILLY J. GOANING, DONALD R. O'NEAL,** ) | |
| **DONALD S. YOUNG VICTOR STONE, and** ) | |
| **NELSON COLLIER,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

This action came before this Court for jury trial. The issues have been tried.

Defendants **DONALD SNYDER, JR., DOUGLAS A. CRAVENS, KAVIN ALDERMAN, A. LASTER, BILLY J. GROANING, DONALD R. O'NEAL, DONALD S. YOUNG**, and **NELSON COLLIER** were dismissed by an Order entered by Judge James L. Foreman on June 15, 2004 (Doc. 4).

Defendant **VICTOR STONE** was granted summary judgment by an Order entered by Magistrate Judge Clifford J. Proud on September 11, 2006 (Doc . 50).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **DONALD SNYDER, JR., DOUGLAS A. CRAVENS, KAVIN ALDERMAN, A. LASTER, BILLY J. GROANING, DONALD R. O'NEAL, DONALD S. YOUNG**, **VICTOR STONE** and **NELSON COLLIER** and against plaintiff **ADRIAN LEON ELLIS.** Plaintiff shall

take nothing from this action.

       **DATED** this 12th day of September, 2006

                                        **NORBERT G. JAWORSKI, CLERK**

                                        **BY: S/ Angela Vehlewald**
                                                **Deputy Clerk**

**Approved by       S/ Clifford J. Proud**
              **United States Magistrate Judge**
                      **Clifford J. Proud**